United States Bankruptcy Court
District of Massachusetts

In re:  
Jeannette J Mouawad  
       Debtor

Case No. 16-13064-msh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: ml      Page 1 of 1      Date Rcvd: Aug 05, 2016  
                        Form ID: ocentry      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.  
db          +Jeannette J Mouawad,    15 Concord Ave,    Norwood, MA 02062-4004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:  
          Gary W. Cruickshank    gwc@cruickshank-law.com, ma09@ecfcbis.com  
          John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
          Michael R. Levin    on behalf of Debtor Jeannette J Mouawad mrlbcy@hotmail.com  
                                                                                        TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:    Jeannette J Mouawad<br>            Debtor, | Chapter: 7<br>Case No: 16−13064<br>Judge Melvin S. Hoffman |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **4** which was filed by you on **AUGUST 5, 2016** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

- ☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re−file electronically with the correct and readable PDF using the original event.

- ☐ **Document is titled incorrectly.** Please re−file electronically with the correct title.

- ☑ **Document Docketed using wrong event.** Please re−file electronically using correct event. **STATEMENT OF SOCIAL SECURITY CANNOT BE FILED AS A SIGNATURE PAGE, PLEASE REFILE USING CORRECT EVENT.**

- ☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re−file electronically.

- ☐ **Document is unsigned or information is missing.** Registered ECF Users may sign "/s/YOUR NAME". Non−registered users **must** provide a scanned original signature. Please check your PDF document for signature(s) and re−file electronically.

- ☐ **Document(s) should have been docketed as separate documents.** Please re−docket all items electronically using the following separate docketing events. **STATEMENT OF SOCIAL SECURITY CANNOT BE FILED AS A SIGNATURE PAGE, PLEASE REFILE USING CORRECT EVENT.**

- ☐ **Case association incorrect.** Please check for proper association and re−file electronically.

- ☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

- ☐ **ECF filer and signature of the document do not match;** please re−file. See App. 8, Rule 8(a) of MLBR.

- ☐ **Other:**

**FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:8/5/16

By the Court,

Miguel Lara
Deputy Clerk
617−748−5331

7 − 4