UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Jeannette J Mouawad<br>Debtor, | Chapter: 7<br>Case No: 16–13064<br>Judge Melvin S. Hoffman |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **14** which was filed by you on **AUGUST 10, 2016** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

- ☑ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event. **Signature page of incorrect db. attached. Please refile attaching correct pdf of db & attny sig. pp.**

- ☐ **Document is titled incorrectly.** Please re–file electronically with the correct title.

- ☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

- ☑ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

- ☐ **Document is unsigned or information is missing.** Registered ECF Users may sign "/s/YOUR NAME". Non–registered users **must** provide a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

- ☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events.

- ☐ **Case association incorrect.** Please check for proper association and re–file electronically.

- ☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

- ☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

- ☐ **Other:**

**FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date: 8/11/16                                              By the Court,

                                                           Cynthia Martin
                                                           Deputy Clerk
                                                           617–748–5332